ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2005 JUL 19 PM 4 20
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BRADLEY SLEDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 303-071 |
| | ) | |
| STAN SHEPARD, Deputy Warden; et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motions for summary judgment are **GRANTED**, this civil action is **CLOSED** and a final judge is **ENTERED** in favor of Defendants Greenstone and Shepard.

SO ORDERED this 19th day of July, 2005, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

Bradley Sledge, Pro-se
Rick D. Collum, Esq.

CASE NO:      CV305-071
DATE SERVED:  July 19, 2005
SERVED BY:    Cindy Reynolds

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [x] Copy given to Magistrate